

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine, and District of Columbia

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

March 24, 2023

**DELIVERED VIA ECF**
Honorable Lorna G. Schofield
U.S. District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application **GRANTED IN PART.** The conference scheduled for April 5, 2023, is **ADJOURNED** to **April 12, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. The parties shall file the joint letter and proposed case management plan by **April 5, 2023.** So Ordered.

Dated: March 27, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Case Title:** | *Ayiomamitis v. Hellas Journal, Inc. et al* |
| **Case Number:** | 1:23-cv-01175-LGS |
| **Re:** | **Request to Adjourn Initial Pretrial Conference** |

Your Honor:

   I represent Plaintiff in the above-referenced action. I write, with consent of defense counsel, to respectfully request a 60-day adjournment of the Initial Pretrial Conference currently scheduled for April 5, 2023 at 4:10 p.m. This is the first request for an extension.

   Plaintiff requests an adjournment for two reasons: 1) Defendant has not yet appeared or filed an answer; and 2) Plaintiff has executed a waiver as to Hellas Journal, Inc. which continued its answer to May 22, 2023. The requested extension would provide the time necessary for Defendant to respond and allow all parties to participate in preparing the joint Rule 26(f) submissions.

   For these reasons, Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference to sometime after Defendant Hellas Journal, Inc. has appeared in this matter. This is the first request of this nature that has been made and, as mentioned above, Defendant consents to the relief sought. We thank Your Honor for your consideration of this request.

   Respectfully submitted,

   By:   */s/ Scott Alan Burroughs*
         Scott Alan Burroughs
         DONIGER / BURROUGHS